In the Matter of REST RIGHT SLIPPER Co., INC., Tenant, Appellant. REBECCA BAROCAS et al., Doing Business as VICMOR REALTY COMPANY, Landlords, Respondents.

Argued March 2, 1950; decided April 6, 1950.

*Leon London* for appellant.

*Robert E. Tinsley* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.